AARON D. FORD
  Attorney General
D. RANDALL GILMER, Bar No. 14001
  Chief Deputy Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
LEO T. HENDGES, Bar No. 16034
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov
       dgilmer@ag.nv.gov
       lhendges@ag.nv.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rickie Hill,<br><br>            Plaintiff,<br><br>v.<br><br>Douglas R. Rands; Aaron Ford,<br><br>            Defendants. | Case No. 2:20-cv-00684-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>            Plaintiff,<br><br>v.<br><br>Ruiz; Leong; C. Shepard,<br><br>            Defendants. | Case No. 2:20-cv-01569-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

| | |
|---|---|
| Rickie Hill,<br><br>                Plaintiff,<br>v.<br>Brandon Marcano; Ruiz,<br><br>                Defendants. | Case No. 2:20-cv-01608-KJD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br>v.<br>Harper,<br><br>                Defendant. | Case No. 2:20-cv-01655-KJD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br>v.<br>Brandon Marcano; Dwayne Matos;<br>Alexander Deyro; Eric Allen,<br><br>                Defendants. | Case No. 2:20-cv-01686-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br>v.<br>Spry; Calvin Johnson; E.A. Thompson; Jesus Ruiz; Torres; Piccinini,<br>　　　　　　Defendants. | Case No. 2:20-cv-01687-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br>v.<br>Marciano; Wuest,<br>　　　　　　Defendants. | Case No. 2:20-cv-01717-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br>v.<br>C. Carmona; Jesus Ruiz,<br>　　　　　　Defendants. | Case No. 2:20-cv-01807-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

3

| | |
|---|---|
| Rickie Hill,<br><br>                Plaintiff,<br><br>v.<br><br>Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson,<br><br>                Defendants. | Case No. 2:20-cv-01822-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br><br>v.<br><br>Daniel Rhude; Jesus Ruiz,<br><br>                Defendants. | Case No. 2:20-cv-01868-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                  Plaintiff,<br><br>v.<br><br>D. Rodriguez, Jr.,<br><br>                Defendant. | Case No. 2:20-cv-02361-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>   Plaintiff,<br>v.<br>Juan Lima,<br><br>   Defendant. | Case No. 2:21-cv-00145-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>   Plaintiff,<br>v.<br>D. Striplin; Allen; Frank Lopez,<br><br>   Defendants. | Case No. 2:21-cv-00240-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>   Plaintiff,<br>v.<br>Jackson; Nakatani,<br><br>   Defendants. | Case No. 2:21-cv-00997-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Concepcion Rojastro,<br><br>                    Defendant. | Case No. 2:21-cv-01002-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Amirkhani,<br><br>                    Defendant. | Case No. 2:21-cv-01020-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>Jarret Vandine,<br><br>                    Defendant. | Case No. 2:21-cv-01027-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>William Gittere,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01061-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Tasheena Sandoval,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01103-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Lundgren,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01361-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

7

| | |
|---|---|
| Rickie Hill,<br><br>                Plaintiff,<br>v.<br>T. Struck; J. Ruiz; E. Thompson,<br>                Defendants. | Case No. 2:21-cv-01362-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br>v.<br>J. Pope; Carter; R. Lopez; Valdez,<br>                Defendants. | Case No. 2:21-cv-01371-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                Plaintiff,<br>v.<br>Keith McKeehan,<br>                Defendant. | Case No. 2:21-cv-01375-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>     Plaintiff,<br>v.<br>Hernandez; A. Flores; Ronald Oliver,<br>     Defendants. | Case No. 2:21-cv-01516-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>     Plaintiff,<br>v.<br>Array, Matos; A. Kaura,<br>     Defendants. | Case No. 2:21-cv-01677-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>     Plaintiff,<br>v.<br>Nichols; Prevost; Collins,<br>     Defendants. | Case No. 2:21-cv-01679-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>                    Plaintiff,<br>v.<br>Pryten,<br><br>                    Defendant. | Case No. 2:21-cv-01698-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br>v.<br>R. Meyers; T. Johnson,<br><br>                    Defendants. | Case No. 2:21-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                    Plaintiff,<br>v.<br>Deborah Striplin; Marilyn Villatoro; B. Yeats,<br><br>                    Defendants. | Case No. 2:21-cv-01741-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Stewart; G. Santos; Avila,<br><br>    Defendants. | Case No. 2:21-cv-01760-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>    Plaintiff,<br><br>v.<br><br>Brooks,<br><br>    Defendant. | Case No. 2:21-cv-01821-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>    Plaintiff,<br><br>v.<br><br>Des Williams,<br><br>    Defendant. | Case No. 2:21-cv-01878-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

|   |   |
|---|---|
| Rickie Hill,<br><br>               Plaintiff,<br><br>v.<br><br>Whittaker,<br><br>               Defendant. | Case No. 2:21-cv-01888-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>               Plaintiff,<br><br>v.<br><br>A. Lima,<br><br>               Defendant. | Case No. 2:21-cv-01922-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>               Plaintiff,<br><br>v.<br><br>T. Johnson; R. Meyers; Morenago,<br><br>               Defendants. | Case No. 2:21-cv-01924-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Rickie Hill,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Jason Rutledge,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cv-00495-ART-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Roop; Oliver; Jesus Ruiz,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-00548-RFB-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and through the parties, RICKY LEE HILL, and D. Randall Gilmer, Chief Deputy Attorney General, Douglas R. Rands, Senior Deputy Attorney General, and Leo T. Hendges, Deputy Attorney General, on behalf of Defendants in each of the above-referenced cases, all of whom are current or former employees of the Nevada Department of Corrections or, in one instance, an employee of the Office of the Attorney General, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each of case numbers referenced above and attached as Exhibit A hereto, shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

13

The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 14th of December, 2022.

By: _____
Ricky Lee Hill, Plaintiff
In Pro Per

DATED this 14th Day of December, 2022.

AARON D. FORD
Attorney General

By: /s/ *D. Randall Gilmer* on behalf of
D. Randall Gilmer, NV Bar No. 14001
Chief Deputy Attorney General
Douglas R. Rands, NV Bar No. 3572
Senior Deputy Attorney General
Leo T. Hendges, NV Bar No. 16034
Deputy Attorney General
*Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

**IT IS FURTHER ORDERED** that the Motion/Application for Leave to Proceed in forma pauperis, ECF No. 1, Case No. 2:20-cv-1807-GMN-DJA, is **DENIED as moot.**

Dated this __20__ day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Index of Exhibits

| Exhibit A | List of cases filed by Rickie Hill |
|---|---|

Exhibit A – List of cases filed by Rickie Hill

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495-ART-CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of December, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Rickie Hill #87052
Ely State Prison
P.O. Box 1989
Ely, NV 89301

 */s/ Roberta W. Bibee*
An employee of the
Office of the Attorney General